IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

      Plaintiff,                    No. CIV S-07-1916 MCE DAD P

    vs.

JAMES TILTON, et al.,

      Defendants.               ORDER

/

        On February 15, 2008, plaintiff, a state prisoner proceeding pro se, filed a motion requesting that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: February 21, 2008.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:bb
scot1916.59